United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-00203-JAW
Angel Sheree Mohon Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jul 08, 2025      Form ID: ntcdsm      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angel Sheree Mohon, 676 Ralde Cir, Ridgeland, MS 39157-3921 |
| 5326202 | + | 1st Franklin Financial, 398 Highway 51, Ridgeland, MS 39157-3401 |
| 5326208 | + | Ferguson FCU, 1026 E Broad St, Monticello, MS 39654-7702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 08 2025 23:33:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5326203 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 08 2025 19:36:00 | Bridgecrest Acceptance, 7300 E Hampton Ave, Suite 100, Mesa, AZ 85209-3324 |
| 5330698 | + | EDI: AISACG.COM | Jul 08 2025 23:33:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5327522 | + | Email/Text: FSBank@franklinservice.com | Jul 08 2025 19:36:00 | Brookhaven Radiology Pllc, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5326204 | + | EDI: CAPITALONE.COM | Jul 08 2025 23:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5342490 | + | EDI: AIS.COM | Jul 08 2025 23:33:00 | Capital One, N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5326205 | + | EDI: WFNNB.COM | Jul 08 2025 23:33:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5326206 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2025 19:40:01 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5326207 | | Email/Text: rrush@familychoicefinancial.com | Jul 08 2025 19:36:00 | Family Choice Financial, Inc, 710 Brookway Blvd, Brookhaven, Ms 39601 |
| 5326210 | + | Email/Text: stephenbinning@ymail.com | Jul 08 2025 19:36:00 | Hometown Credit, LLC, 506 Brookway Blvd, Brookhaven, MS 39601-3267 |
| 5346442 | | EDI: JEFFERSONCAP.COM | Jul 08 2025 23:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5352421 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2025 19:40:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5326211 | | Email/Text: EBN@Mohela.com | Jul 08 2025 19:36:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5393730 | | Email/Text: EBN@Mohela.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: ntcdsm | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 08 2025 19:36:00 | US Department of Education, US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5326212 | + | Email/Text: bankruptcy@petalcard.com | Jul 08 2025 19:36:00 | Petal Card Inc, Attn: Bankruptcy, Msc _ 166931, Po Box 105168, Atlanta, GA 30348-5168 |
| 5355239 | | EDI: Q3G.COM | Jul 08 2025 23:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5326214 | | Email/Text: bankruptcy@republicfinance.com | Jul 08 2025 19:36:00 | Republic Finance, 7031 Commerce Cir, Baton Rouge, LA 70809 |
| 5332734 | | Email/Text: bankruptcy@republicfinance.com | Jul 08 2025 19:36:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5326213 | + | Email/Text: bankruptcy@regionalmanagement.com | Jul 08 2025 19:36:00 | Regional Management, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5326209 | ##+ | First Heritage Credit, 112 W Monticello St, Brookhaven, MS 39601-3305 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Angel Sheree Mohon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−00203−JAW
Chapter: 13

In re:
   Angel Sheree Mohon
   676 Ralde Cir
   Ridgeland, MS 39157

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−8056

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 8, 2025.

Dated: 7/8/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600