**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Angel Sheree Mohon**                    **Case No. 24-00203-JAW**
           **, Debtor**                                        **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,630.00 | $16.10 | $2,646.10 | 19 | 03/19/2024 |
| $1,348.00 | $28.22 | $1,376.22 | 30 | 07/23/2024 |
| $507.00 | $38.36 | $545.36 | 43 | 03/13/2025 |
| $617.50 | $0.69 | $618.19 | n/a | n/a |
| $5,102.50 | $83.37 | $5,185.87 | | |



# INVOICE

Invoice # 5996
Date: 02/21/2024
Due On: 03/22/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Angel Sheree Mohon
676 Ralde Cir
Ridgeland, MS 39157

## 05134-Mohon Angel Sheree

## CH 13 hourly - Angel

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | BB | 10/27/2023 | Review email from debtor: Reviewed email from debtor which included their general information packet, a letter stating they owe trustmark bank money, and student loan documents. Organized documents. | 0.40 | $100.00 | $40.00 |
| Service | BB | 10/27/2023 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed student loan documents sent by debtor stating they have student loans. Drafted email to debtor instructing on how to get us correct student loan documents for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/30/2023 | Review email from debtor: Reviewed email from debtor with needed documents for student loans to file. Drafted email to debtor with confirmation that it was received. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/30/2023 | Contact Debtor: Reviewed credit report and selected debts to import/exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $150.00 | $30.00 |
| Service | KR | 10/30/2023 | Review email from debtor: Reviewed email from debtor stating that everything was listed on her credit report | 0.10 | $150.00 | $15.00 |
| Service | BB | 10/30/2023 | Contact Debtor: Reviewed email from debtor asking how many pay stubs and bank statements we need from her for filing. Drafted return email advising with the | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | correct information. | | | |
| Service | BM | 11/02/2023 | Information packet, credit report | 0.20 | $100.00 | $20.00 |
| Service | BB | 11/06/2023 | Review email from debtor: Reviewed email from debtor with copies of drivers license and social security card. Organized documents into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/06/2023 | Review email from debtor: Reviewed and drafted several emails helping debtor with which documents to send us for filing and how to send them. Received pay stubs for doordash. Organized and filed into client documents file. | 0.50 | $100.00 | $50.00 |
| Service | BB | 11/06/2023 | Contact Debtor: Drafted email to debtor with update list of questions needing to be answered for filing related to the information given in the general information packet. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/07/2023 | Review email from debtor: Reviewed email from debtor with picture of mileage for kia. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/07/2023 | Review and organize documents provided by debtor: Reviewed and drafted several emails with debtor expressing the information we need for filing as she is sending in answers to questions and pay stubs. Merged and organized documents into client documents file. | 0.30 | $100.00 | $30.00 |
| Service | BB | 11/07/2023 | Review and organize documents provided by debtor: Reviewed and Drafted several emails with debtor conversing about her documents needed for filing. Debtor sent pay stubs and answers to questions. Merged and organized documents into client documents file. | 0.40 | $100.00 | $40.00 |
| Service | BB | 11/07/2023 | Review and organize documents provided by debtor: Reviewed email from debtor with bank statements. Organized and filed documents in client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/08/2023 | Review and organize documents provided by debtor: Reviewed email from debtor with tex documents included. Reviewed and organized documents into client documents file. | 0.30 | $100.00 | $30.00 |
| Service | BB | 11/08/2023 | Contact Debtor: Drafted email to debtor with credit counseling course information requested by debtor. | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/13/2023 | Review and organize documents provided | 0.20 | $100.00 | $20.00 |

| | | | by debtor: Information packet, bank statements, pay stubs. Determined we are missing information on a vehicle and debtor's prior employment. Drafted email to request. | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/02/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.50 | $360.00 | $180.00 |
| Service | JAC | 01/02/2024 | Prepare matrix for Δ to review | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/03/2024 | Contact Debtor: Drafted email to debtor with the list of creditors to review for filing | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/03/2024 | Review email from debtor: Reviewed email from debtor stating that she reviewed the list of creditors and all creditors are listed | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/04/2024 | Input Case - prepare schedules, sofa. | 0.40 | $360.00 | $144.00 |
| Service | BB | 01/05/2024 | Contact Debtor: Drafted email to debtor with updated list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/09/2024 | Review and organize documents provided by debtor: Reviewed email from debtor with some pay statements. Merged and organized documents into client documents file. Drafted email to debtor with updated list of documents needed for filing. | 0.50 | $100.00 | $50.00 |
| Service | BB | 01/09/2024 | Contact Debtor: Reviewed email from debtor inquiring why she has to send documents she has already sent. Informed debtor that she did not in fact send requested documents. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/12/2024 | Review email from debtor: Reviewed email from debtor arguing about what she has already sent us. Requested debtor to send what we requested. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/16/2024 | Review email from debtor: Reviewed email from debtor with pay stub needed for filing. Merged and organized documents into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/16/2024 | Contact Debtor: Drafted email to debtor with updated list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/16/2024 | Review email from debtor: Reviewed email from debtor with bank statements needed for filing. Merged and organized documents into client documents file. Informed debtor that now all we need so far is her taxes. | 0.10 | $100.00 | $10.00 |

Invoice # 5996 - 02/21/2024

| Service | BB | 01/18/2024 | Review email from debtor: Reviewed email from debtor with tax documents. Merged and organized documents into client documents file. | 0.10 | $100.00 | $10.00 |
|---------|-----|------------|------|------|---------|--------|
| Service | BB | 01/22/2024 | Review and organize documents provided by debtor: Reviewed email from debtor with needed tax forms for filing. Merged and organized document into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/23/2024 | Calculate income for MT, I. Calculate plan payment | 0.40 | $360.00 | $144.00 |
| Service | JAC | 01/23/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/23/2024 | Contact Debtor: Reviewed email from debtor requesting a call back since she is confused about her plan options; telephone conference with debtor; reviewed the plan options with her; she was not sure what the chapter 13 or chapter 7 was; answered all questions about her car, the debt she has and also about her student loans; reviewed the filing process; | 0.30 | $155.00 | $46.50 |
| Service | BB | 01/23/2024 | Contact Debtor: Drafted email to debtor requesting she finish her credit course. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/24/2024 | Review email from debtor: Reviewed email from debtor stating she does not remember how to access her credit course. Drafted reply email with requested information. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/25/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/26/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.40 | $360.00 | $144.00 |
| Service | KR | 01/26/2024 | Drafted case text with the debtor chapter 13 case number | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/26/2024 | Conference w/ client to review and revise petition, schedules, statements and Plan | 0.70 | $360.00 | $252.00 |
| Service | KR | 01/29/2024 | Contact Debtor: Drafted email to debtor with her plan payment and what to do/ expect after filing | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/29/2024 | Reviewed plan to determine if the plan payment was direct payment or wage order | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/30/2024 | Review: 24-00203-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $360.00 | $72.00 |

| Service | JAC | 01/30/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $360.00 | $72.00 |
|---------|-----|-----------|---|------|---------|--------|
| Service | JC | 01/30/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 01/30/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $16.10 | $16.10 |
| Service | JC | 01/31/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/01/2024 | Review: Proof of Claim 24-00203-JAW Brookhaven Radiology Pllc Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | TR | 02/01/2024 | Review: 24-00203-JAW Order Upon Debtor Directing Payments to Trustee Document #10 | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/02/2024 | Contact Debtor: Reviewed schedules for the bank accounts and sources of income; reviewed all bank statements for 2 bank accounts, pay advices for 3 employers, taxes and identification for the Trustee for the Meeting of Creditors; created list of missing documents; drafted email to debtor requesting the missing documents | 0.30 | $155.00 | $46.50 |
| Service | KR | 02/02/2024 | Contact Debtor: Reviewed 2 emails from the debtor stating that she sent in all the documents requested, and that she no longer works for Community Place or DoorDash; called Δ left message drafted email to debtor informing her that she sent in all the documents for filing, that the following documents requested were for the meeting of creditors that she must attend; explained that the Trustee requested these documents and as her attorney we are responsible for providing them; if she does not provided there could be some issues in her case | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/02/2024 | Review email from debtor: Reviewed email from debtor with the remaining bank statements; merged with existing bank statements; organized and prepared the bank statements, pay advices, taxes and identification for upload to the Trustee's website for the Meeting of Creditors | 0.30 | $155.00 | $46.50 |
| Service | BB | 02/02/2024 | Contact Debtor: Drafted text message to debtor informing them of the date and time | 0.10 | $100.00 | $10.00 |

|         |    |            | of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. |      |          |         |
|---------|----|------------|------------------------------------------------------------------------------------------------|------|----------|---------|
| Service | TR | 02/02/2024 | Call Angel to discuss claim from Brookhaven Radiology, bill is for adult son, after further discussion we decided not to object since it will be unlikely to change the plan payment. She also asked about a letter she received from a state court, she will send us a copy to review | 0.20 | $360.00 | $72.00 |
| Service | KR | 02/05/2024 | Review email from debtor: Reviewed email from debtor requesting the 2nd credit counseling course information; drafted email to debtor with the 2nd credit counseling course information | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/06/2024 | Review email from debtor: Reviewed email from debtor with a default judgement from Family Choice | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/06/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certificate of Compliance - Payment Advices Filed with Trustee | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/06/2024 | Drafted Post Petition Lawsuit letter to Family Choice; drafted email memo to TR re: Review Post Petition Lawsuit letter | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/07/2024 | Contact Debtor: Reviewed email from Summit Financial with the 2nd credit counseling course certificate; reviewed court docket the B423 form has not been filed yet | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/08/2024 | Review and revise auto stay letter | 0.20 | $360.00 | $72.00 |
| Service | KR | 02/08/2024 | Review email from debtor: Reviewed email from debtor with her 2nd credit counseling course certificate; reviewed court docket the B423 form has been filed; drafted email to debtor informing her the certificate has been filed with the court | 0.10 | $155.00 | $15.50 |
| Service | BB | 02/09/2024 | Contact Debtor: Reviewed text from debtor stating she will attend her meeting of creditors in our Jackson office. Scheduled to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/09/2024 | Review: 24-00203-JAW Personal Financial Management Course (Certificate) Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/09/2024 | Review: Proof of Claim 24-00203-JAW Bridgecrest Acceptance Corporation by AIS | 0.20 | $360.00 | $72.00 |

Invoice # 5996 - 02/21/2024

| | | | Portfoli Document # 2 | | | |
|---|---|---|---|---|---|---|
| Service | KR | 02/14/2024 | Contact Debtor: Reviewed message from debtor about a questions she had about her payments; telephone conference with debtor stated that the letter did not tell her where to drop off the payments just provided P.O. Box; explained they do not accept payments at the Trustee's office; she will have to mail her payments in; she understood | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/15/2024 | Review email from debtor: Reviewed email from debtor asking about payments; drafted email to debtor stating that the most efficient way is mail the money order to the Trustee for her payment | 0.10 | $155.00 | $15.50 |
| Service | AA | 02/20/2024 | Contact Debtor: Phone conference with debtor to verify wage deductions, debtor stated she spoke with attorney, and stated mo wages will be deducted the debtor is 1099. She stated she mailed made payment online 2/16. | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/21/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | TR | 02/21/2024 | Review: Proof of Claim 24-00203-JAW Republic Finance, LLC Document # 3 | 0.10 | $360.00 | $36.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.6 | $360.00 | $936.00 |
| Thomas Rollins | Attorney | 2.1 | $360.00 | $756.00 |
| Adreanna Aldairiah | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | Non-Attorney | 4.4 | $100.00 | $440.00 |
| Jacki Curry | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Breanne McDaniel | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Kerri Rodabough | Non-Attorney | 2.4 | $155.00 | $372.00 |
| Kerri Rodabough | Non-Attorney | 0.3 | $150.00 | $45.00 |
| | | | | Total | $2,646.10 |

Invoice # 5996 - 02/21/2024

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5996 | 03/22/2024 | $2,646.10 | $0.00 | $2,646.10 |
| | | | **Outstanding Balance** | **$2,646.10** |
| | | | **Total Amount Outstanding** | **$2,646.10** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6560
Date: 06/26/2024
Due On: 07/26/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Angel Sheree Mohon
676 Ralde Cir
Ridgeland, MS 39157

### 05134-Mohon Angel Sheree

## CH 13 hourly - Angel

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 02/21/2024 | Draft fee application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | KR | 02/21/2024 | Reviewed and prepared the 21 day Notice and the Application for Compensation for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Expense | BB | 02/21/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $28.22 | $28.22 |
| Service | KR | 02/21/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, the invoice, Proposed Order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | AA | 02/21/2024 | Drafted email memo to TR to verify if the information the debtor provided with her wages not being deducted is correct. | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/22/2024 | Reviewed email memo from TR re: Post Petition Lawsuit Letter; drafted Post Petition Lawsuit Letters to Family Choice and Lincoln County Court | 0.20 | $155.00 | $31.00 |
| Service | TR | 03/04/2024 | Phone call w/ Phil Johnson re: hometown credit collateral | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/04/2024 | Phone call w/ client to discuss settlement proposal w/ Hometown Credit | 0.10 | $360.00 | $36.00 |

| Service | TR | 03/04/2024 | Review: Proof of Claim 24-00203-JAW Hometown Credit, LLC Document # Amended 4 | 0.20 | $360.00 | $72.00 |
|---|---|---|---|---|---|---|
| Service | JAC | 03/05/2024 | Ch 13 Meeting of Creditors | 0.30 | $360.00 | $108.00 |
| Service | TR | 03/05/2024 | Review email from Robin Rush re: cancelling judgment | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/06/2024 | Contact Debtor (Text/Email): Telephone conference with debtor about the 2023 taxes; stated that she did her taxes over the phone with a company based out of McComb MS; she will call and request a copy and then email them to me. | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/06/2024 | Review email from debtor: Reviewed email from debtor; reviewed 68 pages of 2023 taxes | 0.20 | $155.00 | $31.00 |
| Service | JAC | 03/07/2024 | Review debtors 2023 taxes | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/11/2024 | Amend Plan - update treatment to Hometown Credit per agreement with creditor. Recalculate plan pmt. Prepare plan for ∆ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | TR | 03/12/2024 | Review: Proof of Claim 24-00203-JAW Capital One, N.A. Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/12/2024 | Contact Debtor (Text/Email): Drafted email to debtor with the Amended Plan to sign so we can file | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/14/2024 | Call Debtor: Called debtor left message; drafted text requesting her to review and sign the modified plan that was emailed | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/14/2024 | Draft & send email to Josh in TT office with debtor's 2023 tax return per request @ 341 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/15/2024 | Reviewed the signed modified plan from debtor to make sure everything is correct for the attorney to review and file with the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/19/2024 | Draft notice of modified plan. Research registered agent for Hometown Credit | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/22/2024 | Review: 24-00203-JAW Amended Order Upon Debtor Directing Payments to Trustee Document #22 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/22/2024 | Review: 24-00203-JAW Order on Application for Compensation Document #19 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/22/2024 | Review: Proof of Claim 24-00203-JAW | 0.10 | $360.00 | $36.00 |

| | | | Jefferson Capital Systems LLC Document # 6 | | | |
|---------|----|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
| Service | TR | 04/02/2024 | Review: Proof of Claim 24-00203-JAW LVNV Funding, LLC Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/02/2024 | Review: Proof of Claim 24-00203-JAW LVNV Funding, LLC Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/02/2024 | Review: Proof of Claim 24-00203-JAW LVNV Funding, LLC Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/02/2024 | Review docket for Confirmation Hearing 4/8/2024 - no issues | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/05/2024 | Review: Proof of Claim 24-00203-JAW Quantum3 Group LLC as agent for Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/05/2024 | Review: Proof of Claim 24-00203-JAW Family Choice Financial, Inc Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/05/2024 | Review claims register and compare to the Plan to determine if additional claims are needed - none needed | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/24/2024 | Call Debtor: Telephone conference with debtor stating that she would like to know when her payments are due each month since TFS does not show a due date or her previous payments; reviewed the Trustee's website; informed her that her payments are due by the end of each month and she is current through the end of April; provided her with the website ndc.org to keep track of her payments; drafted email to debtor with the ndc.org information for her to sign up | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/24/2024 | Review: 24-00203-JAW Order Confirming Chapter 13 Plan Document #26 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/25/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|--|----------------------------|--------------|----------|---------|---------|
| | Jennifer Curry Calvillo | Attorney | 1.3 | $360.00 | $468.00 |
| | Thomas Rollins | Attorney | 1.9 | $360.00 | $684.00 |
| | Adreanna Aldairiah | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 1.2 | $155.00 | $186.00 |
| | | | | **Total** | **$1,376.22** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5996 | 03/22/2024 | $2,646.10 | $0.00 | $2,646.10 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6560 | 07/26/2024 | $1,376.22 | $0.00 | $1,376.22 |
| | | | Outstanding Balance | $4,022.32 |
| | | | Total Amount Outstanding | $4,022.32 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7682
Date: 03/11/2025
Due On: 04/10/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Angel Sheree Mohon

## 05134-Mohon Angel Sheree

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 06/26/2024 | Draft Fee Application and Proposed Order: Drafted and review invoice for expense and fee amounts; drafted 2nd Application for Compensation; drafted email memo to TR re: review 2nd Application for Compensation | 0.30 | $0.00 | $0.00 |
| Service | TR | 06/26/2024 | Review and approve fee application drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/26/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the 21 day Notice with the Declaration of Mailing, the invoice and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | JAC | 07/12/2024 | Review: Proof of Claim 24-00203-JAW US Department of Education/MOHELA Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/24/2024 | Review: 24-00203-JAW Order on Application for Compensation Document# 30 | 0.10 | $0.00 | $0.00 |
| Service | BM | 09/05/2024 | Drafted Motion to Dismiss letter | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/05/2024 | Call Debtor: Reviewed Motion to Dismiss for the delinquency amount; telephone conference with debtor about the amount owed and the Motion to Dismiss that was filed; she has had a family emergency that she has been dealing with; she has just | 0.20 | $155.00 | $31.00 |

Invoice # 7682 - 03/11/2025

| | | | made a payment to go towards the delinquency; she will try to send in what she makes every pay period | | | |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
| Service | TR | 09/09/2024 | Review: 24-00203-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 32 | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/20/2024 | Reviewed Trustee's website for payments received; reviewed court docket for plan; drafted response per the Motion to Dismiss; drafted email memo to TR re: review response | 0.20 | $155.00 | $31.00 |
| Service | TR | 09/20/2024 | Review and approve Response drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/23/2024 | Review email from Attorney: Reviewed email memo from TR re: response per the Motion to Dismiss; prepared the Response for upload to the court. | 0.10 | $155.00 | $15.50 |
| Service | BB | 09/27/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor discovering her current employment status with debtor providing the required information on her new employer. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 10/02/2024 | Review: 24-00203-JAW Order Upon Employer Directing Deductions from Pay Document# 35 | 0.10 | $0.00 | $0.00 |
| Service | TR | 10/02/2024 | Review and respond to email from TT re: settlement of hearing on MTD | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/03/2024 | Review and sign proposed AO via email: on TT MTD | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/07/2024 | Review: 24-00203-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 38 | 0.10 | $0.00 | $0.00 |
| Service | TR | 10/08/2024 | Review: 24-00203-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 40 | 0.10 | $0.00 | $0.00 |
| Service | BM | 10/16/2024 | Incoming Call: Call from debtor inquiring how to make a payment towards Ch 13 plan arrears. Provided her with TFS website information and mailing instructions for Trustee Harold Barkley | 0.20 | $155.00 | $31.00 |
| Service | TR | 11/01/2024 | Review and revise itemizations | 0.10 | $0.00 | $0.00 |

| Service | KR | 11/04/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for the attorney and expense fees; reviewed court docket for previous orders; drafted Application for Compensation and the Proposed Order; drafted email memo to TR re: review 3rd Application for Compensation | 0.30 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| Service | BB | 11/06/2024 | Contact Debtor (Text/Email): Reviewed NDC website and confirmed the Trustee has not received a wage order payment. Drafted email to debtor inquiring if her wage order has taken effect. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/07/2024 | Review email from debtor: Reviewed email reply from debtor stating she has received a letter about the wage order from us and her company. Drafted reply email inquiring if her payments have started coming out of her check. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/07/2024 | Review email from debtor: Reviewed email from debtor stating she guesses her wage order has started as she has not received a paycheck. Drafted reply email inquiring if she has access to her pay stubs. | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/08/2024 | Review email from debtor: Reviewed email from debtor stating she has had several losses in her family and has not had many hours at her job so does not know if her wage order has started. Drafted email to debtor informing her of our condolences and informed her she should contact her payroll department as the Trustee has yet to receive a wage order payment. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/08/2024 | Review and respond to email memo: Reviewed email memo for BB re: wage order payments; drafted email memo to BB informing her to inform the debtor to make sure she is making the payments directly until the wage order starts | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/08/2024 | Review email from debtor: Reviewed email from debtor stating the wage order took effect today. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/22/2024 | Reviewed NDC website and confirmed the Trustee is receiving | 0.10 | $100.00 | $10.00 |

| | | | wage order payments. | | | |
|---|---|---|---|---|---|---|
| Service | CO | 11/27/2024 | Incoming Call: Δ sent in a money order for $800 to TT Barkley on 10/17 and payment is not reflecting on TFS. Checked NDC to see if payment posted. Informed debtor trustee received payment and that her money order would not reflect on TFS and that she could make an account on NDC.org to keep up with her payments. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/18/2025 | Incoming Call: Phone conference with debtor inquiring if she could trade in a vehicle included in her bankruptcy. Advised I would ask the attorney regarding the trade in and informed I would be sending an email with information regarding incurring debt while in bankruptcy. Drafted email to debtor and email memo to KR. | 0.20 | $100.00 | $20.00 |
| Service | KR | 02/18/2025 | Review and respond to email memo: Reviewed email memo from CO re: trading in vehicle; drafted email memo to CO informing her of the process of getting rid of vehicle; telephone conference with CO about the details of the family van | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/10/2025 | Review and revise itemizations | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/11/2025 | Reviewed court docket for previous orders and invoices; reviewed Trustee's website for the amount paid towards the attorney fees; reviewed certificate of service for estimate cost of mailing; drafted the 1st part of the 3rd Application for Compensation and 1st part of Lodestar using the figures from the previous orders and invoices | 0.60 | $155.00 | $93.00 |
| | | | | **Services Subtotal** | | **$507.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/26/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $34.86 | $34.86 |
| Expense | 03/11/2025 | Estimated Mailing Expense for Third Application for Compensation (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| | | | **Expenses Subtotal** | | **$38.36** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.1 | $360.00 | $36.00 |
| Jennifer Curry Calvillo | | Attorney | 0.1 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 0.4 | $360.00 | $144.00 |
| Thomas Rollins | | Attorney | 0.6 | $0.00 | $0.00 |
| Brooke Brueland | | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Brooke Brueland | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Breanne McDaniel | | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Clara Ortega | | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Kerri Rodabough | | Non-Attorney | 1.1 | $155.00 | $170.50 |
| Kerri Rodabough | | Non-Attorney | 1.0 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$545.36** |
| | | | | **Total** | **$545.36** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5996 | 03/22/2024 | $2,646.10 | $0.00 | $2,646.10 |
| 6560 | 07/26/2024 | $1,376.22 | $0.00 | $1,376.22 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7682 | 04/10/2025 | $545.36 | $0.00 | $545.36 |
| | | | **Outstanding Balance** | **$4,567.68** |
| | | | **Total Amount Outstanding** | **$4,567.68** |

Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload? `7` pages

Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2** How many parties will be receiving your documents? `1` parties

This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet. `2`

We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4** We will print your documents 1 page per side. `1`

**Disclaimer & User Agreement:**

```
            By clicking on the 'Get Estimate' button below,
you (hereafter "User") agree to the following terms and
conditions. This quote is for estimation purposes and is not a
guarantee of cost for services. Quote is based on current
information from User about the mailing project requirements. It
does not constitute a review by BK Attorney Services, LLC for
pricing on the actual cost of mailing a particular project. Many
factors may or may not be known at the time of obtaining the
estimate.  Changes in addresses, changes in documents,
international mail costs and other factors all influence the
```

Get Estimate!

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
| | 3.5 | |
| Date and Time: | Tue Mar 11 2025 12:22:51 GMT-0500 (Central Daylight Time) | |
| Total Pages to Print: | 7 | |
| Sheets Per Envelope | 3.5 | |
| First Class Postage Rate | $ 0.73 | |
| Print Rate: | $ 0.19 | |
| Printing Cost: | $ | 1.33 |
| Postage Cost: | $ | 0.73 |
| Total Cost: | $ | 3.50 (Minimum Charge) |

Print This Estimate

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED



**ROLLINS**
LAW FIRM

# INVOICE

Invoice # 8083
Date: 07/11/2025
Due On: 08/10/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Angel Sheree Mohon

## 05134-Mohon Angel Sheree

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 03/11/2025 | Draft Fee Application and Proposed Order: Drafted 3rd invoice; drafted the 2nd part of the 3rd Application and Lodestar using figures from the 3rd invoice; drafted Agreed Order and Affidavit; drafted email memo to TR re: review 3rd Application for Compensation | 0.40 | $155.00 | $62.00 |
| Service | KR | 03/11/2025 | Drafted email memo to SA with the affidavit to sign for the Application for Compensation | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/11/2025 | Review and approve fee app drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/11/2025 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation | 0.10 | $155.00 | $15.50 |
| Service | SA | 03/11/2025 | Administrative - non-billable work: Notarized signed affidavit and emailed to KR | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/11/2025 | Reviewed email memo from SA with the signed affidavit; merged with the Application | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/12/2025 | Prepared the Application, Exhibit A, B and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/12/2025 | Received the Declaration of Mailing from Certificate of Service; prepared | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the Application with the Declaration of Mailing attached, the Exhibits A, B, C, the Proposed Order and the Cost of Mailing for upload to the court | | | |
| Service | JAC | 03/13/2025 | Review: 24-00203-JAW Order on Application for Compensation Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/14/2025 | Review: 24-00203-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | CO | 03/18/2025 | Contact Debtor (Text/Email): Reviewed amended wage order and drafted email to debtor with a copy of the order. | 0.10 | $100.00 | $10.00 |
| Service | BM | 03/24/2025 | Review: Proof of Claim 24-00203-JAW US Department of Education Document # Amended 12 | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/30/2025 | Incoming Call: Phone conference with debtor stating her son was murdered and she will. be out of work and unable to make her plan payments. Drafted email memo to CO and KR | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/30/2025 | Reviewed email memo from BB re: plan payments and delinquency; created task for CO to contact debtor about the delinquency and to inform us once she gets a job so we can explore her options | 0.10 | $0.00 | $0.00 |
| Service | CO | 06/04/2025 | Call Debtor: Phone conference with debtor to request she inform us when she returns back to work. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/12/2025 | Drafted Motion to Dismiss letter | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/12/2025 | Call Debtor: Telephone conference with debtor about the delinquency and the Motion to Dismiss; she is going through family issues and has not worked; her employer has filled out documents to see if she can get approved for assistance; she will let me know once she hears back to see if she has been approved | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/13/2025 | Review: 24-00203-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 47 | 0.20 | $360.00 | $72.00 |
| Service | KR | 06/19/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and email and text to debtor inquiring if she was approved for the financial assistance while she was out of work so we can file a response per the Motion to Dismiss | | | |
| Service | KR | 06/23/2025 | Contact Debtor (Text/Email): Drafted email and text inquiring about the financial assistance her employer filed for | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/24/2025 | Review email from debtor: Reviewed email memo from debtor stating that she had to submit proof of death to the crime lab again; drafted email to debtor inquiring about the time frame for approval | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/24/2025 | Review email from debtor: Reviewed from debtor stating that it could take a few weeks for approval of funds; inquired if there is a way she could send in a payment towards the delinquency | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/24/2025 | Review email from debtor: Reviewed email from debtor informing me that if she can get funds together she will send in a payment; drafted email to debtor informing her to let me know if she can make a payment so I can file a response, if not the case will be dismissed but we can look into refiling | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/01/2025 | Call Debtor: Telephone conference with debtor about the delinquency and the Motion to Dismiss that was filed by the Trustee; stated that she does not have the funds and is still waiting on the crime department for assistance funds while she is out of work due to her mental health; drafted internal message to TR re: review options | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/07/2025 | Call Debtor: Telephone conference with debtor about the dismissal of her case since we are unable to file a response with no funds being approved and her not returning to work for a while | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/08/2025 | Review: 24-00203-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 48 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/10/2025 | Review: 24-00203-JAW Release of | 0.10 | $360.00 | $36.00 |

| | | | Wages Document# 49 | | | |
|---|---|---|---|---|---|---|
| Service | KR | 07/11/2025 | Reviewed Trustee's website to verify attorney fees paid; drafted email to the Trustee's office inquiring if any additional attorney fees will be issued | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/11/2025 | Reviewed email memo from the Trustee's office about the attorney fees being paid | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/11/2025 | Reviewed court docket for previous orders and invoices; drafted 1st part of the Final Application for Compensation and Lodestar | 0.50 | $0.00 | $0.00 |
| | | | | **Services Subtotal** | | **$617.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/12/2025 | Difference in Mailing Expense for 3rd Application for Compensation (certificateofservice.com) | 1.00 | $0.69 | $0.69 |
| | | | **Expenses Subtotal** | | **$0.69** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.6 | $360.00 | $216.00 |
| Thomas Rollins | | Attorney | 0.1 | $360.00 | $36.00 |
| Shaton Andrews | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Clara Ortega | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | | Non-Attorney | 1.9 | $155.00 | $294.50 |
| Kerri Rodabough | | Non-Attorney | 1.0 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$618.19** |
| | | | | **Total** | **$618.19** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5996 | 03/22/2024 | $2,646.10 | $0.00 | $2,646.10 |
| 6560 | 07/26/2024 | $1,376.22 | $0.00 | $1,376.22 |
| 7682 | 04/10/2025 | $545.36 | $0.00 | $545.36 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8083 | 08/10/2025 | $618.19 | $0.00 | $618.19 |

|  |  |
|---|---|
| **Outstanding Balance** | **$5,185.87** |
| **Total Amount Outstanding** | **$5,185.87** |